CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
4/25/2019
JULIA C. DUDLEY, CLERK
BY: S/J.Vasquez
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

UNITED STATES OF AMERICA )
)
v. ) Court No. 5:19-cv-00032
)
FIVE FIREARMS & MISCELLANEOUS )
AMMUNITION

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Now comes the plaintiff, United States of America, and brings this Complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1. This is a civil action *in rem* brought to forfeit and condemn certain personal property assets to the use and benefit of the United States, pursuant to 18 U.S.C. § 924(d), for violations of 18 U.S.C. § 922(g)(3).

### THE DEFENDANTS *IN REM*

2. The defendant property consists of the following property:

    (a) Five firearms and miscellaneous ammunition, detailed below, that were seized from Ronald Leonard Rush on December 7, 2018 at the following location: 228 South Royal Avenue, Front Royal, Virginia 22630, and is presently in the custody of the Bureau of Alcohol, Tobacco, Firearms and Explosives at the Winchester Satellite Office.

|     | CATS #s        | Description                                                  |
| --- | -------------- | ------------------------------------------------------------ |
| (1) | 19-ATF-006098  | Stallard/Maverick JS9 Pistol CAL:9 SN:024548                 |
| (2) | 19-ATF-006110  | 8 Rounds Federal Ammunition CAL:9                            |
| (3) | 19-ATF-006111  | Savage Mark II Rifle CAL:22 SN:0023223                       |
| (4) | 19-ATF-006113  | 5 Rounds Remington Ammunition CAL:22                         |
| (5) | 19-ATF-006114  | Henry Repeating Rifle Company H004 Golden Boy LE Rifle CAL:2 |

1

| (6)  | 19-ATF-006117 | 188 Rounds Assorted Ammunition CAL:Multi |
| (7)  | 19-ATF-006119 | 3 Rounds Winchester-Western Ammunition CAL:30-06 |
| (8)  | 19-ATF-006121 | Savage 111 Rifle CAL:30-06 SN:F997060 |
| (9)  | 19-ATF-008175 | 11 Rounds Federal Ammunition CAL:22 |
| (10) | 19-ATF-008176 | Winchester 94 Rifle CAL:45 SN:5464503 |

## JURISDICTION AND VENUE

3. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

4. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. § 1355(b).

5. Venue is proper in this district pursuant to 28 U.S.C. §1355(b)(1) because the acts giving rise to this forfeiture occurred in this district, and pursuant to 28 U.S.C. § 1395, because the property is located in this district.

6. Upon the filing of this Complaint, the United States requests that the Court issue a Warrant of Arrest and Seizure *in rem* pursuant to Supplemental Rule G(3)(b)(ii), which the United States will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

## BASIS FOR FORFEITURE

7. The defendant property is subject to forfeiture pursuant to 18 U.S.C. § 924(d) because Rush possessed them in violation of 18 U.S.C. § 922(g)(3).

## FACTS

8. The facts supporting this Complaint are stated in the attached Declaration of Special Agent ATF, Christian Bockmann, and are incorporated by reference herein.

WHEREFORE, the United States of America respectfully requests that the Clerk of Court issue a Warrant of Arrest *in rem* pursuant to Supplemental Rule G(3)(b); that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be

entered declaring the defendant property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

THOMAS T. CULLEN
United States Attorney

*s/Krista Consiglio Frith*
Assistant United States Attorney
State Bar No. 89088
310 First Street, S.W., Room 906
Roanoke, VA 24011
Phone: (540)857-2250
Fax: (540)857-2614
krista.frith@usdoj.gov

## VERIFICATION

I am a Special Agent of the ATF, and one of the agents assigned the responsibility for the above-captioned matter. I have read the contents of the foregoing Complaint for Forfeiture, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __25__ day of April, 2019.

Christian Bockmann
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

# CIVIL COVER SHEET

JS 44 (Rev. 12/12)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States

## DEFENDANTS
Five Firearms and Miscellaneous Ammunition

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Warren
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Krista Consiglio Frith
540-857-2250
310 1st St. SW, Roanoke, VA 24011

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [X] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 400 State Reapportionment |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 410 Antitrust |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | [ ] 430 Banks and Banking |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 820 Copyrights | [ ] 450 Commerce |
| [ ] 151 Medicare Act | [ ] 340 Marine / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| | | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| | | [ ] 791 Employee Retirement Income Security Act | | [ ] 895 Freedom of Information Act |
| | | | | [ ] 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | [ ] 871 IRS—Third Party 26 USC 7609 | |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | | |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education / [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | [ ] 550 Civil Rights | | | |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C 924(d)
Brief description of cause:
Civil Forfeiture

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE: 04/25/2019
SIGNATURE OF ATTORNEY OF RECORD: s/Krista Consiglio Frith, AUSA

**FOR OFFICE USE ONLY**
RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | )<br>)<br>) |
| v. | ) Case No. 5:19-cv-00032 |
| FIVE FIREARMS & MISCELLANEOUS<br>AMMUNITION<br>Defendant. | )<br>)<br>)<br>)<br>) |

## AFFIDAVIT IN SUPPORT OF FORFEITURE *IN REM*

I, Christian P. Bockmann, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being duly sworn, state as follows:

## BACKGROUND AND EXPERIENCE

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed since 2009. I am currently assigned to the ATF Martinsburg Field Office, Washington Field Division. Prior to becoming an ATF agent, I was a United Stated Capitol Police Officer in Washington, DC for approximately seven years. In my capacity as a law enforcement officer, I have investigated individuals for the illegal possession and use of firearms, illegal possession and distribution of controlled substances, and for committing violent crimes. Many of these investigations led to the arrest and conviction of individuals for violations of both state and federal firearms and drug trafficking laws.

2. This affidavit is based on my personal knowledge, information conveyed to me by other law enforcement officers, and my review of evidence, documents, and records obtained during the course of the investigation. This affidavit only contains the information necessary to

establish probable cause. As such, this affidavit does not include each and every fact known by me or known by the government.

3. As set forth in detail below, the Subject Property is forfeitable under 18 U.S.C. § 924(d) because they were in possession of Ronald Rush ("RUSH"), formerly known as Ronald Leonard, in violation of 18 U.S.C. § 922(g)(3).

## THE INVESTIGATION

4. On December 7, 2018, ATF and local law enforcement executed a federal search warrant at 228 South Royal Avenue, Front Royal, Virginia 22630, RUSH's residence. Inside the residence, law enforcement encountered Jonathan Hodges and placed him under arrest pursuant to a federal arrest warrant for a Federal Drug Conspiracy. Law Enforcement searched the residence and seized narcotics, narcotic paraphilia, firearms, and ammunition. In RUSH's bedroom, law enforcement located firearms, ammunition, and smoking devices.

5. During a federal proffer interview, Jonathon Hodges talked about RUSH's drug use while Hodges was living at the 228 South Royal Avenue residence. Hodges lived at the residence with Rush from approximately the end of September 2018, to his arrest on December 07, 2018. Hodges stated that RUSH smoked marijuana every day and that he smoked marijuana several times with RUSH. Hodges also stated that he gave RUSH methamphetamine several times. Hodges explained that RUSH and his sister, Mandy Leonard, would go to RUSH's bedroom and smoke methamphetamine. Hodges said that he was not paying rent at the house, so the methamphetamine Hodges gave to RUSH was a gift or payment for letting Hodges stay there. On April 17, 2019, Hodges pleaded guilty to Title 21,United States Code, Section841(a)(1)- Conspiracy to Distribute and possess With Intent to Distribute

methamphetamine, and Title 21, United States Code, Sections 841(a)and(b)(1)(C)- Distribution of controlled substances.

6. During a federal proffer interview, Silvious talked about RUSH's drug use. Silvious provided the following information about her time living at 228 South Royal Avenue in Front Royal, Virginia, with her boyfriend, RUSH. Silvious lived at the 228 South Royal Avenue residence from approximately August through October of 2018, but visited the residence several times after October 2018. Mandy Leonard moved in on September 21, 2018, and Jonathan Hodges moved in about a week after that. Silvious stated that RUSH was a daily user of marijuana and has been for as long as she can remember. Silvious stated that Rush used methamphetamine for the first time on his birthday, September 23, 2018, with Hodge's sister, Mandy Leonard. Silvious observed RUSH using methamphetamine four times over a few days after September 23, 2018, but believed RUSH was using methamphetamine more than those four times because she saw Rush "tweaking" (term for a person being up for several days, normally with side effects of irritable, agitated, and/or paranoid) on other occasions.

## CONCLUSION

7. Based upon your affiant's knowledge of the investigation, the circumstances surrounding the seizure, and proffers, your affiant believes that (1) RUSH is an unlawful user of marijuana and methamphetamine, and addicted to those controlled substances, and (2) RUSH possessed firearms and ammunition. As such, your affiant submits that RUSH violated 18 U.S.C. § 922(g)(3) and the subject firearms and ammunition are subject to forfeiture pursuant to 18 U.S.C. § 924(d).

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25 day of April 2019.

_____
Christian Bockmann
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

4